■ SHELDON A. LEIBOWITZ et al., Respondents, v EDWARD MARTINO, Defendant, and ARISTA REFINISHERS & DECORATORS et al., Appellants.—In a negligence action to recover damages for personal injuries, etc., defendants Arista Refinishers & Decorators and Richard Day appeal from a judgment of the Supreme Court, Kings County, entered May 31, 1974, in favor of plaintiffs, upon a jury verdict. Judgment affirmed, with costs. The jury's verdict is, in the opinion of this court, supported by the record on appeal and should not be reduced. Rabin, Acting P. J., Latham, Cohalan, Margett and Christ, JJ., concur.

■ JOHN MARSHALL, Respondent, v SIDNEY OLSON et al., Defendants, HOLDER DRIVE-UR-SELF, INC., et al., Appellants.—Judgment of the Supreme Court, Westchester County, dated March 13, 1975, affirmed, with $20 costs and disbursements (see *Allstate Ins. Co. v Travelers Ins. Co.,* 49 AD2d 613). Hopkins, Acting P.J., and Brennan, J., concur; Munder, J., concurs in the affirmance on the constraint of *Allstate Ins. Co. v Travelers Ins. Co.* (49 AD2d 613), but adheres to the views set forth in his dissenting memorandum therein. Cohalan and Christ, JJ., likewise concur in the affirmance on the constraint of *Allstate Ins. Co. v Travelers Ins. Co.* (49 AD2d 613) and further note that, had they been members of the court in that case, they would have concurred in the views expressed therein by Mr. Justice Munder.